CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJtu

OCT 10 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN ROBINSON, | ) | Civil Action No. 7:13-cv-00414 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNKNOWN, | ) | By:   Hon. Jackson L. Kiser |
|     Defendant. | ) |         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. The court **CERTIFIES** that an appeal of this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of October, 2013.

                                                          /s/ Jackson L. Kiser
                                                          Senior United States District Judge